UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GILLETTE GOLDWYN-MCGEE, formerly known as, DEBORAH L. WILSON,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-00734-LKK-CMK<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |
| HARTFORD LIFE INSURANCE COMPANY,<br><br>v.        Counterclaimant,<br><br>GILLETTE GOLDWYN-McGEE, formerly known as DEBORAH L. WILSON,<br><br>Counterdefendant. | |

/ / /

/ / /

/ / /

/ / /

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this
2  matter shall be dismissed with prejudice against Defendant.  Each party is to bear
3  their own costs and attorney's fees.

5  DATED: October 18, 2011.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```