UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GILLETTE GOLDWYN-MCGEE, formerly known as, DEBORAH L. WILSON,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-00734-LKK-CMK<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |
| HARTFORD LIFE INSURANCE COMPANY,<br><br>v.            Counterclaimant,<br><br>GILLETTE GOLDWYN-McGEE, formerly known as DEBORAH L. WILSON,<br><br>Counterdefendant. | |

/ / /

/ / /

/ / /

/ / /

1    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this
2 matter shall be dismissed with prejudice against Defendant.  Each party is to bear
3 their own costs and attorney's fees.
4
5 DATED: October 18, 2011.
6
7
8    _____
     LAWRENCE K. KARLTON
9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28